FILED
JUL 1 9 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JAN M. ADLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> v. ) <br> **TIARA DIEGA SUTTON,** ) <br> Defendant. ) | Case No. 12CR4603-AJB <br><br> [PROPOSED] ORDER |

GOOD CAUSE HAVING BEEN SHOWN, **IT IS HEREBY ORDERED** that Ms. Diega Sutton's travel conditions be modified so that she may travel to Texas from July 21 to July 25, 2013, for family vacation with her mother. She must be supervised by and accompanied by her mother at all times. This and all other travel must be pre-approved by Pre-Trial Services. All other bond conditions remain in effect.

**SO ORDERED.**

Dated: 7/19/13

JAN ADLER, Magistrate Judge
United States District Court